No. 89–1728.   WESTERN FUELS-UTAH, INC. v. LUJAN, SECRETARY OF THE INTERIOR; and

No. 89–1958.  COLOWYO COAL CO. ET AL. *v.* LUJAN, SECRETARY OF THE INTERIOR.  C. A. D. C. Cir.  Certiorari denied. Reported below: 282 U. S. App. D. C. 375, 895 F. 2d 780.